JAY T. McCoy, Respondent, *v.* AMERICAN EXPRESS COMPANY, Appellant, Impleaded with Others.

(Submitted June 2, 1930; decided June 10, 1930.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 253 N. Y. 477.)

GUSTAV RYAN, Respondent, *v.* MUNSON STEAMSHIP LINE, Appellant.

(Submitted June 2, 1930; decided June 10, 1930.)

*Charles Winkelman* for motion.
*Corydon B. Dunham* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.